JUDGE CHIN

08 CV 4451

GIBNEY, ANTHONY & FLAHERTY, LLP
John Macaluso (JM 2058)
665 Fifth Avenue
New York, New York 10022
Telephone (212) 688-5151
Facsimile (212) 688-8315
E-mail: jmacaluso@gibney.com

*Of Counsel:*
STEPHEN M. GAFFIGAN, P.A.
Stephen M. Gaffigan
312 S.E. 17th Street – Second Floor
Ft. Lauderdale, Florida 33316
Telephone (954) 767-4819
Facsimile (954) 767-4821
Email: stephen@smgpa.net

Attorneys for Plaintiff
Chanel, Inc.



RECEIVED
MAY 13 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, | Case No. |
| Plaintiff, | **FED. R. CIV. P. 7.1** <br> **DISCLOSURE STATEMENT** |
| v. | |
| NANCY OLICKER, individually, d/b/a SAMPLE SALE PRODUCTIONS d/b/a SAMPLESALEPRODUCTIONS.COM; SAMPLE SALE PRODUCTIONS, LLC, a New York limited liability company, d/b/a/ SAMPLE SALE PRODUCTIONS d/b/a/ SAMPLESALEPRODUCTIONS.COM and DOES 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for plaintiffs Gucci America, Inc. is a wholly owned subsidiary of Gucci Group, N.V., which is wholly owned by

Pinault-Printemp-Redoute SA (PPR) which is a publicly traded corporation.

Dated: New York, New York
       May 12, 2008

Respectfully submitted,

*/s/ John Macaluso*

GIBNEY, ANTHONY & FLAHERTY, LLP
JOHN MACALUSO (JM-2058)
665 Fifth Avenue
New York, New York 10022
Telephone: (212) 688-5151
Facsimile: (212) 688-8315
E-mail: jmacaluso@gibney.com

Of Counsel:
Stephen M. Gaffigan
312 Southeast 17th Street, 2nd Floor
Ft. Lauderdale, FL 33316
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
Email: stephen@smgpa.net