AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

GUCCI AMERICA, INC., a New York corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:   08 cv 4451

NANCY OLICKER, et al.

TO: (Name and address of defendant)

NANCY OLICKER, d/b/a Sample Sale Productions d/b/a SampleSaleProducts.com
57 Bacon Road
Old Westbury, New York 11568

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                            MAY 1 3 2008
CLERK                                         DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC., a New York corporation,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 08 cv 4451

NANCY OLICKER, et al.

TO: (Name and address of defendant)

SAMPLE SALE PRODUCTIONS, LLC d/b/a/ SAMPLE SALE PRODUCTIONS d/b/a/
SAMPLESALEPRODUCTIONS.COM
65 Carriage Lane
Roslyn Heights, New York 11577

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Macaluso
Gibney, Anthony & Flaherty, LLP
665 Fifth Avenue
New York, New York 10022
(212) 688-5151

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

MAY 1 3 2008
DATE

(BY) DEPUTY CLERK

# La Reddola, Lester & Associates, LLP

600 Old Country Road, Suite 224
Garden City, New York 11530

Telephone (516) 357-0056 & (516) 745-1951
Facsimile (516) 357-0069
E-Mail sml@llalawfirm.com
www.llalawfirm.com

Steven M. Lester
Robert J. La Reddola +

Amol N. Christian ♦
Wendy Pelle-Beer

+Also Admitted in CT
♦Also Admitted in NJ

Of Counsel:

Santo Golino +
Hollis B. Deleonardo
Brian W. Shaw

June 3, 2008

Christina L. Gardner, Esq.
Gibney, Anthony & Flaherty, LLP
Attorneys at Law
665 Fifth Avenue
New York, New York  10022-5305

Re:    *Gucci America, Inc. v. Nancy Olicker, et al.*
       Docket No. 08-CV-4451 (DC)

Dear Ms. Gardner:

I enclose the original letter from you of May 16, 2008, which I have countersigned to accept service of the Summons and Complaint on behalf of our clients.

Please contact me if you have any questions concerning this matter.

Very truly yours,

Steven M. Lester

:ml-t
Enclosure
cc:    Ms. Nancy Olicker (w/encl.)

S:\DOCS\SML\Sample-Gucci\Letter-Gardner-060308.doc



Attorneys at Law

665 Fifth Avenue
New York, NY 10022-5305
212.688.5151
212.688.8315 fax
www.gibney.com

Christina L. Gardner, Esq.
cgardner@gibney.com

May 16, 2008

**VIA FEDERAL EXPRESS**
Steven M. Lester, Esq.
La Reddola, Lester & Associates, LLP
600 Old Counrty Road, Suite 224
Garden City, New York 11530

          Re:    Gucci America, Inc. v. Nancy Olicker, et al.
                Case No. 08-cv-4451 (DC)

Dear Mr. Lester:

    This firm is local counsel to Plaintiff Gucci America, Inc. in the above-referenced matter. Enclosed please find a copy of the Summonses and Complaint for personal service.

    Pursuant to your conversation with our co-counsel, Mr. Stephen Gaffigan, you are accepting service by mail on behalf of your clients, Nancy Olicker and Sample Sale Productions. Please sign below and return this letter to my office for filing with the court.

    We appreciate your clients' cooperation in this matter.

                                                          Sincerely,

                                                         Christina L. Gardner

Dated: May 28, 2008                By: _____
                                                 Steven M. Lester

cc:    John Macaluso
       Stephen Gaffigan

ASSOCIATED OFFICES   Gros & Waltenspuhl  9, Rue Beauregard  CH-1204 Geneva, Switzerland  tel +41 22.311.3833
Gros & Waltenspuhl  Stockerstrasse 12  CH-8002  Zurich, Switzerland  tel +41 1.286.9090
Magrath & Co  66/67 Newman Street  London W1T 3EQ  United Kingdom  tel +020 7495.3003