La REDDOLA, LESTER & ASSOCIATES, LLP
Steven M. Lester (SL 2921)
Attorneys for Defendant Nancy Olicker and
Defendant/Third-Party Plaintiff Sample Sale Productions, LLC
600 Old Country Road
Garden City, New York 11530
(516) 357-0056

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, | Case No. 08-CV-4451 (DC) |
| Plaintiff, | |
| -against- | |
| NANCY OLICKER, individually, d/b/a SAMPLE SALE PRODUCTIONS d/b/a SAMPLESALEPRODUCTIONS.COM; SAMPLE SALE PRODUCTIONS, LLC, a New York limited liability company, d/b/a SAMPLE SALE PRODUCTIONS d/b/a SAMPLESALEPRODUCTIONS.COM and DOES 1-10, | **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 71** |
| Defendants. | |

------------------------------------------------------------------------X

SAMPLE SALE PRODUCTIONS, LLC,

                Third-Party Plaintiff,

   -against-

NUSRATY CORP. and NARGIS NUSRATY,

                Third-Party Defendants.

------------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, Nancy Olicker, individually, d/b/a Sample Sale Productions d/b/a Samplesaleproducutions.com, Sample Sale Productions, LLC, et al. and Third-Party Plaintiff,

Sample Sale Productions, LLC certifies that the Defendants and Third-Party Plaintiff do not have parent corporations, and there are no publicly held corporations that own ten percent (10%) or more of its stock.

Dated: Garden City, New York
       June 18, 2008

                                      La REDDOLA, LESTER &
                                          ASSOCIATES, LLP

                                  By: /s/ Steven M. Lester
                                    Steven M. Lester (SL 2921)
                                    Attorneys for Defendants and
                                     Third-Party Plaintiff
                                    600 Old Country Road, Suite 224
                                    Garden City New York  11530
                                    (516) 357-0056