UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

GUCCI AMERICA, INC., a New York corporation,

                      Plaintiff,

-against-

NANCY OLICKER, individually, d/b/a
SAMPLE SALE PRODUCTIONS d/b/a
SAMPLESALEPRODUCTIONS.COM; SAMPLE
SALE PRODUCTIONS, LLC, a New York limited
liability company, d/b/a SAMPLE SALE PRODUCTIONS
d/b/a SAMPLESALEPRODUCTIONS.COM and
DOES 1-10,

                      Defendants.

-----------------------------------------------------------------------X

SAMPLE SALE PRODUCTIONS, LLC,

                      Third-Party Plaintiff,

-against-

NUSRATY CORP. and NARGIS NUSRATY,

                      Third-Party Defendants.

-----------------------------------------------------------------------X

Case No. 08-CV-4451 (DC)

**AFFIDAVIT OF SERVICE OF**
**THIRD-PARTY SUMMONS**
**AND THIRD-PARTY COMPLAINT**

STATE OF NEW YORK  )
                          ) ss.:
COUNTY OF NASSAU  )

    HALEIGH LESTER, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years, am not a party to this action, and reside in Merrick, New York.

    2.    On June 24, 2008, at approximately 12:40 p.m., I served on Third-Party Defendant Nusraty Corp. at 7 Rudolph Drive, #2D, Carle Place, New York 11514, a true and correct copy of the Third-Party Summons, Answer and Third-Party Complaint, and Complaint, by personally delivering such papers to Nargis Nusraty, the President of Nusraty Corp. and an individual authorized to accept service of process for the corporate third-party defendant.

3. Nargis Nusraty is a female with olive skin, approximately 38 years of age, stands approximately 5' 4", weighs approximately 120 pounds, has brown eyes and was wearing a blue scarf covering her hair at the time she was served.

*Haleigh Lester*
HALEIGH LESTER

Sworn to before me this
____ day of June, 2008

*Karen E Reilly*
Notary Public

KAREN E. REILLY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 30-8533235
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MARCH 30, 20 _10_

- 2 -