UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| GUCCI AMERICA, INC., a New York corporation, | Case No. 08-CV-4451 (DC) |
| Plaintiff, | **AFFIDAVIT OF SERVICE OF THIRD-PARTY SUMMONS AND THIRD-PARTY COMPLAINT** |
| -against- | |
| NANCY OLICKER, individually, d/b/a SAMPLE SALE PRODUCTIONS d/b/a SAMPLESALEPRODUCTIONS.COM; SAMPLE SALE PRODUCTIONS, LLC, a New York limited liability company, d/b/a SAMPLE SALE PRODUCTIONS d/b/a SAMPLESALEPRODUCTIONS.COM and DOES 1-10, | |
| Defendants. | |

------------------------------------------------------------------X

SAMPLE SALE PRODUCTIONS, LLC,

        Third-Party Plaintiff,

-against-

NUSRATY CORP. and NARGIS NUSRATY,

        Third-Party Defendants.

------------------------------------------------------------------X

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NASSAU  )

    HALEIGH LESTER, being duly sworn, deposes and says:

    1.    I am over the age of eighteen years, am not a party to this action, and reside in Merrick, New York.

    2.    On June 24, 2008, at approximately 12:40 p.m., I served on Third-Party Defendant Nargis Nusraty at 7 Rudolph Drive, #2D, Carle Place, New York 11514, a true and correct copy of the Third-Party Summons, Answer and Third-Party Complaint, and Complaint, by personally delivering such papers to Nargis Nusraty.

3.      Nargis Nusraty is a female with olive skin, approximately 38 years of age, stands approximately 5' 4", weighs approximately 120 pounds, has brown eyes and was wearing a blue scarf covering her hair at the time she was served.

*[signature]*
HALEIGH LESTER

Sworn to before me this
24th day of June, 2008

*[signature]*
Notary Public

KAREN E. REILLY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 30-8533235
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MARCH 30, 20 10