Dilworth & Barrese, LLP
Rocco S. Barrese, Esq., (RB 7064)
Peter B. Sorell, Esq. (PS 5394)
Attorneys for Third-Party Defendant NUSRATY CORP.
and Third-Party Defendant NARGIS NUSRATY
333 Earle Ovington Boulevard
Uniondale, New York  11553
516.228.8484 (phone)
516.228.8516 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUCCI AMERICA, INC., a NEW YORK corporation,      Case No. 08-CV-4451 (DC)

            Plaintiff,                                                                **STATEMENT PURSUANT
                                                                                              TO F.R.C.P. 7.1**

-against-

NANCY OLICKER, individually, d/b/a
SAMPLE SALE PRODUCTIONS d/b/a
SAMPLESALEPRODUCTIONS.COM; SAMPLE
SALE PRODUCTIONS, LLC, a NEW YORK limited
liability company, d/b/a SAMPLE SALE PRODUCTIONS
d/b/a SAMPLESALEPRODUCTIONS.COM and
DOES 1-10,

            Defendants.
------------------------------------------------------------------X
SAMPLE SALE PRODUCTIONS, LLC,

            Third-Party Plaintiff,

-against-

NUSRATY CORP. and NARGIS NUSRATY,

            Third-Party Defendants.
------------------------------------------------------------------X

      Defendant, Nusraty Corp. by and through its counsel Dilworth & Barrese, LLP, herewith

submits its disclosure pursuant to Rule 7.1. of the Federal Rules of Civil Procedure to enable

Judges and Magistrates of the Court to evaluate possible disqualification or recusal.

The undersigned attorneys for Nusraty Corp. herein certify that there are no corporate parents and/or publicly held corporations that own ten percent (10%) more of its stocks.

Dated: Uniondale, New York
       July 15, 2008

                                        DILWORTH & BARRESE, LLP

                                        By: _____
                                             Rocco S. Barrese (RB 7064)
                                             Attorneys for Third-Party Defendant
                                             NUSRATY CORP. and Third-Party
                                             Defendant NARGIS NUSRATY
                                             333 Earle Ovington Boulevard
                                             Uniondale, New York  11553
                                             516.228.8484 (phone)
                                             516.228.8516 (fax)