Dilworth & Barrese, LLP
Rocco S. Barrese, Esq., (RB 7064)
Peter B. Sorell, Esq. (PS 5394)
Attorneys for Third-Party Defendant NUSRATY CORP.
and Third-Party Defendant NARGIS NUSRATY
333 Earle Ovington Boulevard
Uniondale, New York  11553
516.228.8484 (phone)
516.228.8516 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GUCCI AMERICA, INC., a NEW YORK corporation,      Case No. 08-CV-4451 (DC)

      Plaintiff,      **STATEMENT PURSUANT**
            **TO F.R.C.P. 7.1**

 -against-

NANCY OLICKER, individually, d/b/a
SAMPLE SALE PRODUCTIONS d/b/a
SAMPLESALEPRODUCTIONS.COM; SAMPLE
SALE PRODUCTIONS, LLC, a NEW YORK limited
liability company, d/b/a SAMPLE SALE PRODUCTIONS
d/b/a SAMPLESALEPRODUCTIONS.COM and
DOES 1-10,

      Defendants.
------------------------------------------------------------------X
SAMPLE SALE PRODUCTIONS, LLC,

      Third-Party Plaintiff,

 -against-

NUSRATY CORP. and NARGIS NUSRATY,

      Third-Party Defendants.
------------------------------------------------------------------X

  Defendant, Nusraty Corp. by and through its counsel Dilworth & Barrese, LLP, herewith submits its disclosure pursuant to Rule 7.1. of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal.

The undersigned attorneys for Nusraty Corp. herein certify that there are no corporate parents and/or publicly held corporations that own ten percent (10%) more of its stocks.

Dated:  Uniondale, New York
       July 15, 2008

                              DILWORTH & BARRESE, LLP

                              By: _____
                                  Rocco S. Barrese (RB 7064)
                                  Attorneys for Third-Party Defendant
                                  NUSRATY CORP. and Third-Party
                                  Defendant NARGIS NUSRATY
                                  333 Earle Ovington Boulevard
                                  Uniondale, New York  11553
                                  516.228.8484 (phone)
                                  516.228.8516 (fax)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing:

## STATEMENT PURSUANT TO F.R.C.P. 7.1

was served via first-class mail, this 15th day of July, 2008, on the following:

> Steven M. Lester
> LaREDOLLA, LESTER & ASSOCIATES, LLP
> 600 Old Country Road, Suite 224
> Garden City, NY 11530
>
> Attorneys for Defendants and Third Party Plaintiff

and

> John Macaluso
> GIBNEY, ANTHONY & FLAHERTY, LLP
> 665 Fifth Avenue
> New York, New York 10022
>
> Stephen M. Gaffigan
> STEPHEN M. GAFFIGAN, P.A.
> 312 S.E. 17th Street – Second Floor
> Ft. Lauderdale, Florida 33316
>
> Attorneys for Plaintiff Gucci America, Inc.

Dilworth & Barrese, LLP

_____
Rocco S. Barrese (RB 7064)
Attorneys for Third Party Defendants